UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SELLSTATE REALTY SYSTEMS
NETWORK, INC., a Florida Corporation,

    Plaintiff,

v.                                  Case No. 2:20-cv-414-JLB-NPM

ANGELIA BLACK,

    Defendant.
_____/

## ORDER

    The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 35.)  The notice is self-executing.  Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012).  The Clerk of Court is **DIRECTED** to close the file.

    **ORDERED** in Fort Myers, Florida, on March 22, 2021.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE